

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Richard Alan Haase v. Countrywide Home Loans, Inc., et.al.

Appellate case number:   01-20-00854-CV

Trial court case number:  07-DCV-161177

Trial court:             400th District Court of Fort Bend County

It is ordered that the Motion for Panel Rehearing to Order the Trial Court to State Findings of Fact and Conclusions of Law is **denied**.

Judge's signature: /s/ Veronica Rivas Molloy
                              Acting for the Court

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy

Date:  June 3, 2021